USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/27/2020____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NASIR VINCENT,

                 Defendant.

20 Cr. 78-7 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court having been notified of the parties' consent to an appearance by telephone and the waiver of Defendant Vincent's appearance, ECF No. 72, it is hereby ORDERED that a bail review hearing, *see* ECF Nos. 66, 67, 73, shall be held telephonically on **March 30, 2020**, at **1:30 p.m.**

    The call-in information is as follows: 888-398-2342 or 215-861-0674, access code: 5598827.

    SO ORDERED.

Dated: March 27, 2020
       New York, New York

                          ANALISA TORRES
                      United States District Judge