```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -against-

NASIR VINCENT,

                           Defendant.

20 Cr. 78-7 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Government is directed to respond to Defendant Vincent's motion at ECF No. 156 by **December 23, 2020**.

    SO ORDERED.

Dated: December 16, 2020
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge