USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NASIR VINCENT,

                Defendant.

20 Cr. 78-7 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court shall hold a telephonic bail reconsideration hearing on **January 6, 2021**, at **9:00 a.m.** *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 4 (S.D.N.Y. Dec. 18, 2020) (authorizing the use of video teleconferencing, or telephone conferencing if video teleconferencing is "not reasonably available" in detention hearings under 18 U.S.C. § 3142 with consent of the defendant). The parties, co-counsel, members of the press, and the public may access the audio feed of the conference by calling (888) 398-2342 or (215) 861-0674, at the time of the hearing, and entering access code 5598827.

      SO ORDERED.

Dated: December 30, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge