USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

UNITED STATES OF AMERICA

       -v-

Vincent
Nasir

              ,
            Defendant.
--------------------------------------------------------------X

**WAIVER OF RIGHT TO BE
PRESENT AT CRIMINAL
PROCEEDING**

**20 Cr. 78 (AT)**

Defendant _Nasir Vincent_ hereby voluntarily consents to
participate in the following proceeding via teleconferencing:

____   Initial Appearance/Appointment of Counsel

____   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of

       Indictment Form)

____   Preliminary Hearing on Felony Complaint

____   Bail/Revocation/Detention Hearing

_✓_   Status and/or Scheduling Conference

____   Misdemeanor Plea/Trial/Sentence

_/s/ Nasir Vincent by alenna Aur_
**Defendant's Signature**

_Donna Neuman_
**Defense Counsel's Signature**

(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Nasir Vincent_
**Print Defendant's Name**

_Donna Neuman_
**Print Defense Counsel's Name**

This proceeding was conducted by reliable teleconferencing technology.

2/16/2021
**Date**

_____
**ANALISA TORRES**
**United States District Judge**