USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________________
DATE FILED: 11/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NASIR VINCENT,

Defendant.

20 Cr. 78-7 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing scheduled in this matter for November 18, 2021, is RESCHEDULED to **November 17, 2021**, at **3:30 p.m.** The hearing shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 16, 2021
New York, New York

ANALISA TORRES
United States District Judge