```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

NASIR VINCENT

                      Defendant.

20 Cr. 78 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Defendant in the above captioned case has been sentenced to a term of imprisonment of time served.

    SO ORDERED.

Dated: November 17, 2021
       New York, New York

                                                  ANALISA TORRES
                                            United States District Judge