USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___11/22/2021___

**U.S. Departm**

*United States* 
*Southern Dist*

*The Silvio J. Mollo B*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2021

**BY CM/ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Patrick D. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

     **Re:**   *United States v. Nasir Vincent*, **20 Cr. 78 (AT)**

Dear Judge Torres:

     The Government moves to dismiss all open counts against defendant Nasir Vincent. The Government apologies for its unintentional oversight in not making this motion at the time of sentencing.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

By:     /s/ Justin V. Rodriguez_____
            Andrew K. Chan / Justin V. Rodriguez
            Emily A. Johnson
            Assistant United States Attorneys
            Southern District of New York
            (212) 637-1072 / 2591 / 2409

cc:    Counsel of record (by CM/ECF)

       GRANTED.

       SO ORDERED.

       Dated: November 22, 2021
          New York, New York

                             _____
                              ANALISA TORRES
                 United States District Judge